UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>ANN D GRIFFIN<br><br>Debtor(s) | Case No. 11-08587 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/02/2011.

2) The plan was confirmed on 05/11/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/12/2012.

5) The case was dismissed on 03/16/2012.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $16,116.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,232.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $2,232.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,293.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $97.65 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,391.15

Attorney fees paid and disclosed by debtor: $2,206.50

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABSOLUTE COLLECTION | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE PAYCHECK | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED RADIOLOGISTS | Unsecured | 112.28 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 84.50 | 84.50 | 84.50 | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 266.69 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 864.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,849.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 4,036.96 | NA | NA | 0.00 | 0.00 |
| CITIBANK SD | Unsecured | 9,618.87 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 226.10 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 45.90 | NA | NA | 0.00 | 0.00 |
| CROSS COUNTRY BANK | Unsecured | 1,570.33 | NA | NA | 0.00 | 0.00 |
| CROSS COUNTRY BANK | Unsecured | 893.79 | NA | NA | 0.00 | 0.00 |
| CROSS COUNTRY BANK | Unsecured | 2,116.57 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| ELECTRODIAGNOSIS & REHAB ASSO | Unsecured | 215.51 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT NETWORK | Unsecured | 301.96 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BUR | Unsecured | 893.79 | NA | NA | 0.00 | 0.00 |
| GE CORPORATE PAYMENT SERVICE | Unsecured | 8,312.66 | NA | NA | 0.00 | 0.00 |
| GEVALIA KAFFE IMPORT SRV | Unsecured | 62.50 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 106.06 | 106.06 | 106.06 | 0.00 | 0.00 |
| HOME SHOPPING CLUB | Unsecured | 252.08 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 106.50 | NA | NA | 0.00 | 0.00 |
| IDAHO POWER MCCALL | Unsecured | 17.33 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 349.00 | 465.72 | 465.72 | 0.00 | 0.00 |
| LABORATORIES NORTHWEST | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| LAKEWOOD FALLS COMMUNITY ASS | Unsecured | NA | 815.72 | 815.72 | 0.00 | 0.00 |
| LAKEWOOD FALLS COMMUNITY ASS | Secured | 1,987.00 | 1,987.00 | 1,987.00 | 500.00 | 0.00 |
| MARK KADOSHIMA | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 26.01 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MITCHELL N KAY | Unsecured | 969.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 135.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NORTH EASTERN RECOVERY EAST | Unsecured | 121.24 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 27,483.00 | 340.85 | 340.85 | 340.85 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PACIFIC NORTHWEST EYE ASSOC PS | Unsecured | 114.66 | NA | NA | 0.00 | 0.00 |
| PAUL P DIDZEREKIS | Unsecured | 1,612.15 | 1,612.15 | 1,612.15 | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 621.48 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 721.10 | 346.00 | 346.50 | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 191.67 | NA | NA | 0.00 | 0.00 |
| PUGET SOUND ENERGY | Unsecured | 47.55 | NA | NA | 0.00 | 0.00 |
| PUGET SOUND ENERGY | Unsecured | 135.48 | NA | NA | 0.00 | 0.00 |
| RAINIER VIEW WATER CO | Unsecured | 147.31 | 266.50 | 266.50 | 0.00 | 0.00 |
| RIDDLE & ASSOC PC | Unsecured | 64.17 | NA | NA | 0.00 | 0.00 |
| ROBERT W KUNKIE | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOAN | Unsecured | 543.54 | 543.54 | 543.54 | 0.00 | 0.00 |
| SILKIES PANTYHOSE | Unsecured | 19.94 | NA | NA | 0.00 | 0.00 |
| SOUND CREDIT UNION | Unsecured | 53.56 | NA | NA | 0.00 | 0.00 |
| SUPERIOR ASSET MGMT | Unsecured | 635.26 | NA | NA | 0.00 | 0.00 |
| TACOMA RADIOLOGICAL ASSOCIAT | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| THE RAINIER GROUP | Unsecured | 4.95 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 13.43 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 1,600.00 | 1,638.39 | 1,638.39 | 0.00 | 0.00 |
| VYRIDIAN REVENUE MGMT | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT | Unsecured | 226.67 | 61.17 | 61.17 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL INC | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| WHEATLAND DENTAL CARE | Unsecured | 589.00 | NA | NA | 0.00 | 0.00 |
| ZENITH ACQUISITION CORP | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $340.85 | $340.85 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,987.00 | $500.00 | $0.00 |
| **TOTAL SECURED:** | **$2,327.85** | **$840.85** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$5,940.25** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $1,391.15 |
| Disbursements to Creditors | $840.85 |
| **TOTAL DISBURSEMENTS** : | **$2,232.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/25/2012        By: /s/ Glenn Stearns
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**